

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Homer Garrison, Jr.
Director, Department of Public Safety
Camp Mabry
Austin, Texas

Dear Sir:                    Attention: Fred Hickman, Acting
                                        Chief Certificate of
                                        Title Section.

                             Opinion No. 0-2693
                             Re: Revocation of certificates of
                                 title under Article 1436-1,
                                 V.A.P.C. of Texas.

        We acknowledge receipt of your letter dated August 30,
1940, in which you request the opinion of this Department as to
the authority of the Department of Public Safety to cancel
certificates of title obtained without revealing that previous
title has been issued or without revealing the existence
of liens noted on previous title certificates issued by the
Department.

        The applicable portion of Section 38, Article 1436-1,
Vernon's Annotated Penal Code, reads as follows:

        "Sec. 38.  The Department shall refuse issuance of
        a certificate of title, or having issued a certificate
        of title, suspend or revoke the same, upon any of the
        following grounds:

        "(a)  That the application contains any false or
        fraudulent statement, or that the applicant has
        failed to furnish required information requested
        by the Department, or that the applicant is not
        entitled to the issuance of a certificate of title
        under this Act."  (Emphasis ours)

        "(b) That the Department has reasonable ground to
        believe that the vehicle is a stolen or converted

vehicle as herein defined, or that the issuance of a certificate of title would constitute a fraud against the rightful owner or a mortgagee." (Emphasis ours)

Under the sections above quoted, it is the opinion of this Department that the Department of Public Safety is authorized to cancel or to revoke a certificate of title which does not contain the information requested in the application. Further, if it appears from the records of the Department of Public Safety that the issuance of a certificate will operate as a fraud against a mortgagee or the owner, it is the duty of your Department to refuse to issue a certificate, or, having erroneously issued one, to revoke or suspend it.

Yours very truly

ATTORNEY-GENERAL OF TEXAS

By _Ross Carlton_
Ross Carlton
Assistant

RC:H

APPROVED SEP 10, 1940

_Gerald C. Mann_
ATTORNEY GENERAL OF TEXAS